GARY RAMISK *v.* COMMISSIONER OF
MOTOR VEHICLES

The plaintiff's petition for certification for appeal
from the Appellate Court, 45 Conn. App. 924 (AC 16284),
is denied.

*Norman B. Teague,* in support of the petition.

*Robert L. Marconi,* assistant attorney general, in
opposition.

Decided September 24, 1997

MARYLOU BRADLEY *v.* TIMOTHY RANDALL ET AL.

The plaintiff's petition for certification for appeal
from the Appellate Court, 45 Conn. App. 924 (AC 16301),
is denied.

*Kevin P. Walsh,* in support of the petition.

Decided September 24, 1997

CHARLES J. AYERS *v.* STEVEN ATUAHENE ET AL.

The named defendant's petition for certification for
appeal from the Appellate Court (AC 16842) is denied.

*Steven Atuahene,* pro se, in support of the petition.

Decided September 24, 1997

CITIZENS FOR ECONOMIC OPPORTUNITY ET AL. *v.*
DEPARTMENT OF INSURANCE

The plaintiffs' petition for certification for appeal
from the Appellate Court (AC 17074) is denied.